PAUL ALSTON                      1126-0
NICKOLAS A. KACPROWSKI           8627-0
JOHN RHEE                        9681-0
CHRISTINE BELCAID                10125-0

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   paul.alston@dentons.com
          nickolas.kacprowski@dentons.com
          john.rhee@dentons.com
          christine.belcaid@dentons.com

Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRAIG KAHAUOLOPUA,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC.; and DOES 1-20,<br><br>Defendants. | Civil No.:  22-cv-000531-HG-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO COUNT II (PUNITIVE DAMAGES) OF THE COMPLAINT AND PLAINTIFF'S WAIVER OF ECONOMIC DAMAGES FROM REQUESTED RELIEF and ORDER**<br><br><br>Trial Date:  October 7, 2025<br>Trial Judge:  Honorable Helen Gillmor |

WHEREAS, Plaintiff Craig Kahauolopua ("Plaintiff") asserted two claims in the Complaint filed December 21, 2022 [Dkt. 1] against Defendant Hawaiian Airlines, Inc. ("Defendant" and together with Plaintiff, the "Parties"): (1) failure to accommodate on the basis of religion in violation of Title VII, and (2) punitive damages.

WHEREAS, pursuant to LR7.8, counsel for the Parties met and conferred on May 1, 2025, to discuss the substance of Defendant's contemplated motion for partial summary judgment covering Plaintiff's lack of economic damages and the unavailability of a separate claim for punitive damages; and

WHEREAS, counsel for the Parties discussed and came to a resolution on these issues: (1) Plaintiff agreed that he lost no wages in connection with the claims asserted in his Complaint and is not entitled to economic damages; and (2) Plaintiff agreed to strike Count II for punitive damages of his Complaint, since the Request for Relief in the Complaint includes punitive damages.

IT IS HEREBY STIPULATED by and between the Parties, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims against Defendant set forth in Count II for punitive damages of Plaintiff's Complaint are hereby dismissed with prejudice. Plaintiff's request for punitive damages in his Request For Relief in the Complaint

remains.  Each party shall bear its own fees and costs with regard to Count II against Defendants.

Furthermore, it is hereby further stipulated by and between the Parties that Plaintiff waives and shall not seek any recovery for economic damages in this action.

All other claims and requests for relief in this action remain.

DATED:  Honolulu, Hawai`i, May 16, 2025.

/s/ SHAWN A. LUIZ
SHAWN A. LUIZ
JOSEPH A. GOMES
Attorneys for Plaintiff
CRAIG KAHAUOLOPUA

/s/ JOHN RHEE
PAUL ALSTON
NICKOLAS A. KACPROWSKI
JOHN RHEE
CHRISTINE BELCAID
Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, May 28, 2025.

Helen Gillmor
United States District Judge

*Craig Kahauolopua v. Hawaiian Airlines, Inc.*; Civil No. 22-cv-00531-HG-WRP; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO COUNT II (PUNITIVE DAMAGES) OF THE COMPLAINT AND PLAINTIFF'S WAIVER OF ECONOMIC DAMAGES FROM REQUESTED RELIEF**

2